

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00509-CV

_____

IN RE JEREMY STEVENS, Relator

---

Original Proceeding
County Court at Law No. 2 of Denton County, Texas
Trial Court No. CV-2025-03532-JP

---

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's "Emergency Petition for Writ of Mandamus and Motion for Stay of Enforcement of Writ of Possession" and is of the opinion that relief should be denied.   Accordingly, relator's "Emergency Petition for Writ of Mandamus and Motion for Stay of Enforcement of Writ of Possession" is denied.

Per Curiam

Delivered:  September 30, 2025